[No. 1693.]

B. GERBER, PETITIONER, *v.* THE JUSTICE COURT OF TONOPAH TOWNSHIP, COUNTY OF NYE, STATE OF NEVADA, AND J. P. BRISSELL, JUSTICE OF THE PEACE PRESIDING IN SAID COURT, RESPONDENTS.

ORIGINAL PROCEEDING. *Certiorari* by B. Gerber to review his conviction of a misdemeanor before the Justice Court of Tonopah Township, Nye County, State of Nevada. **Writ dismissed.**

*A. R. Needles* and *E. P. Moran*, for Petitioner.

*James G. Sweeney*, Attorney-General, and *W. B. Pittman*, District Attorney of Nye County, Nevada, for Respondents.

By the Court, NORCROSS, J.:

This is an original proceeding in *certiorari*. The questions involved in this case are identical with the case of *Abraham Chapman* v. *Above-Named Respondents* (No. 1692), 29 Nev. 154, *ante.*

For the reasons stated in the last-mentioned case, it is ordered that the writ be dismissed.

TALBOT, J.: I concur.

FITZGERALD, C. J.: I dissent.